UNITED STATES DISTRICT COURT  JS-6
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.  **CV 23-128-JFW(PDx)**　　　　　　　　　　　Date:  November 15, 2023

Title:　　　Jose Amaro -v- Nissan North America, Inc., et al.

**PRESENT:**

　　　　HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE

　　**Shannon Reilly**　　　　　　　　　　　**None Present**
　　**Courtroom Deputy**　　　　　　　　　**Court Reporter**

**ATTORNEYS PRESENT FOR PLAINTIFFS:**　　**ATTORNEYS PRESENT FOR DEFENDANTS:**
　　　　None　　　　　　　　　　　　　　　　　　　None

**PROCEEDINGS (IN CHAMBERS):**　　**ORDER DISMISSING ACTION**

　　In the Court's Scheduling and Case Management Order ("CMO") filed on April 18, 2023, the Court set October 23, 2023 as the last day to conduct a Settlement Conference, and October 27, 2023 as the last day to file a Joint Report Re: Results of Settlement Conference. Based on the Court's review of the docket, it appears that the parties have violated the Court's CMO by failing to file a Joint Report Re: Results of Settlement Conference by October 27, 2023, and by presumably failing to complete the Settlement Conference by October 23, 2023.

　　As a result of the parties' failure to comply with the Court's CMO, this action is hereby **DISMISSED without prejudice**. *See* Fed. R. Civ. P. 41(b); *see also Yourish v. California Amplifier*, 191 F.3d 983, 986-88 (9th Cir. 1999); *Ferdik v. Bonzelet*, 963 F.2d 1258, 1260 (9th Cir. 1992).


　　IT IS SO ORDERED.